error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Aiken,* No. 1:04–cr–00092–1 (W.D.N.C. Jan. 9, 2007). We deny Aiken's motion to order an evidentiary hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Peter Jerome GAITHER, Defendant— Appellant.**

**No. 07–4410.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 29, 2007.

Decided: Nov. 16, 2007.

Louis C. Allen, III, Federal Public Defender, William S. Trivette, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

ble neglect existed to warrant extension of the appeal period. While the court did not specifically state whether Aiken had shown excusable neglect or good cause warranting extension of the ten-day appeal period, we conclude from its order that it intended its processing of Aiken's otherwise untimely notice of appeal to reflect its determination that Aiken be accorded the benefit of the permitted extension of time.